# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK,<br><br>　　　　Respondent. | Case No. 1:21-cv-01346-JLT-EPG-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR SECOND EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 16) |

Petitioner Lawrence Christopher Smith is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 2, 2022, Petitioner filed the instant motion for an extension of time to file his traverse. (ECF No. 16).

Accordingly, IT IS HEREBY ORDERED that Petitioner is GRANTED to and including March 28, 2022, to file the traverse.

IT IS SO ORDERED.

　Dated:   **February 3, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE